IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| THOMAS A. COVERDALE, | : | Case No. 1:19-cv-920 |
| Plaintiff, | : | |
| vs. | : | Judge Matthew W. McFarland |
| DAVID C. CONLEY, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 11) AND DENYING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (DOC. 6)**

The Court has reviewed the Order and Report and Recommendation (Doc. 11) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objections to the Report and Recommendation have been filed and the time do so has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Defendant David C. Conley's Motion to Dismiss (Doc. 6) for failure to state a claim is **DENIED**.

**IT IS SO ORDERED**.

By: *[signature: Matthew W. McFarland]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE